UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOHN M. WHISENANT,<br><br>                    Defendant. | CASE NO. 2:23-cr-00138-LK<br><br>ORDER CONTINUING TRIAL<br>AND PRETRIAL MOTIONS<br>DEADLINE |

This matter comes before the Court on the Defendant John M. Whisenant's Unopposed Motion to Continue Trial and Pretrial Motions Deadline. Dkt. No. 21. Mr. Whisenant moves to continue the trial date from October 30, 2023 to May 6, 2024, and to continue the pretrial motions deadline to March 25, 2024. *Id.* at 1. The Government does not oppose Mr. Whisenant's motion. *Id.*

On August 18, 2023, Mr. Whisenant made an initial appearance in this district before United States Magistrate Judge S. Kate Vaughan after being arrested on a complaint in the District of Arizona. Dkt. Nos. 1, 11. On August 23, 2023, a federal grand jury indicted Mr. Whisenant with five counts of wire fraud in violation of in violation of 18 U.S.C. § 1343. Dkt. No. 13 at 4. He

1    pleaded not guilty to the charges at his August 31, 2023 arraignment and remains on bond with

2    special conditions. Dkt. Nos. 11–12, 15, 19. Counsel for Mr. Whisenant represents that additional

3    time is required to review the discovery and effectively prepare for trial given that "[t]he initial

4    discovery provided by the Government is nearly 8,000 pages, consisting of voluminous financial

5    records which require significant time to analyze." Dkt. No. 21 at 2. In addition, Mr. Whisenant

6    may need to hire an expert "for further analysis" and also states that his counsel "has been engaged

7    in a multi-week jury trial to date." *Id.* Mr. Whisenant has filed a speedy trial waiver "knowingly,

8    and with advice of counsel," waiving his right to a speedy trial through June 6, 2024. Dkt. No. 22

9    at 1.

10          Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by

11   granting a continuance outweigh the best interest of the public and Mr. Whisenant in any speedier

12   trial. Specifically, the Court finds that failure to grant the requested continuance would likely result

13   in a miscarriage of justice and would deny defense counsel the reasonable time necessary for

14   effective preparation, taking into account the exercise of due diligence, due to counsel's need for

15   more time to obtain and review discovery, consider pretrial motions and defenses, consult with

16   Mr. Whisenant, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that

17   the additional time requested is a reasonable period of delay and will be necessary to provide

18   counsel and Mr. Whisenant reasonable time to accomplish the above tasks.

19          For these reasons, the Court GRANTS Mr. Whisenant's motion, Dkt. No. 21, and

20   ORDERS that the trial date for Mr. Whisenant shall be continued from October 30, 2023 to May

21   6, 2024, and that the pretrial motions deadline shall be continued to March 25, 2024. It is further

22   ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date

23   //

24   //

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 2

of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Whisenant's trial must commence under the Speedy Trial Act.

Dated this 15th day of September, 2023.

Lauren King
United States District Judge