UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR23-0138 LK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER REVOKING RELEASE |
| JOHN WHISENANT, ) | 18 U.S.C. §§ 3148(b) AND 3143(A) |
| ) | |
| Defendant. ) | |
| ) | |

The United States Probation Office submitted a Petition for a Warrant on June 13, 2024, alleging Defendant violated two bond conditions by failing to report for drug testing on May 31, 2024 and June 11, 2024, and by failing to maintain his residence as instructed.  Dkt. 33. At the initial appearance hearing on August 14, 2024, the government alleged a third violation of failing to appear for sentencing on July 16, 2024, and moved for detention.  Defendant stipulated without prejudice to detention.

 Based upon the violations, the Court finds that there are no condition or combination of conditions which will assure that defendant will appear and will not pose a danger to other

DETENTION ORDER
PAGE -1

persons, if released again; and further finds that defendant is unlikely to abide by any condition or combination of conditions set by the Court.

It is therefore ORDERED that defendant's bond is REVOKED, pursuant to 18 U.S.C. § 3148(b) and that:

1. Defendant shall be committed to the custody of the Attorney General;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 14th Day of August, 2024.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2